

101 Park Avenue, Suite 1700
New York, NY 10178
Tel 212-878-7900  Fax 212-692-0940
www.foxrothschild.com

James M. Lemonedes
Tel.: 212-878-7918
Email: jlemonedesr@foxrothschild.com

July 26, 2018

**VIA ECF**
Honorable J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 706
New York, New York 10007

        Re: **Aaron Glaser v. Upright Citizens Brigade, LLC,** *et al.*
            **Civil Action No.: 18-CV-971(JPO)**

Dear Judge Oetken:

      We represent Upright Citizens Brigade, LLC ("UCB"), Alex Sidtis, and Shannon Patricia O'Neil (collectively "Defendants") in the above-referenced matter. Pursuant to Your Honor's Individual Practices, Rule 2(B), memoranda of law in support of motions are limited to 25 pages. We write with Plaintiff's consent to request additional pages for Defendants' memorandum of law in support of their motion to dismiss the Amended Complaint.

      On June 28, 2018, Plaintiff filed a First Amended Complaint [Docket No. 25], in response to Defendant's motion to dismiss the initial Complaint [Docket Nos. 15-17]. In his Amended Complaint, Plaintiff added five (5) new claims and removed two (2) claims, thus, he pleads sixteen (16) claims in the Amended Complaint. Further, Plaintiff added six (6) additional parties as defendants. On May 22, 2018, this Court granted Defendants' letter motion requesting an additional 5 pages (for a total of 30 pages) for Defendants' memorandum of law in support of their motion to dismiss the initial Complaint [Docket No. 14].

      Given, the additions to the Amended Complaint, Defendants request an additional 10 pages (for a total of 40 pages) to ensure they have space to address all sixteen (16) claims asserted in Plaintiff's 249 paragraph Amended Complaint. Defendants submit this request in an abundance of caution, but Defendants will make every effort to keep the memorandum as concise as possible.

      Thank you for the Court's time and consideration of the above request

                                    Very Truly Yours,

                                    FOX ROTHSCHILD LLP

                                    /s/ James M. Lemonedes

cc:       All parties (via ECF)

60306053