AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-CV-971

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SUSAN HALE was received by me on *(date)* 07/25/2018.

[X] I personally served the summons on the individual at *(place)* 5419 SUNSET BLVD 2ND FLOOR, LOS ANGELES, CA 90027 on *(date)* Mon, Jul 30 2018 @ 1:40PM ; ON MEGHAN PARKS, PERSON AUTHORIZED TO ACCEPT SERVICE

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ 148.00 for travel and $ _____ for services, for a total of $ $148.00.

I declare under penalty of perjury that this information is true.

Date: 07/30/2018

*C. Rodriguez*
Server's signature

C. RODRIGUEZ, REGISTERED PROCESS SERVER # 2015-154321

*Printed name and title*

288 E LIVE OAK AVE SUITE A501, ARCADIA, CA 91006

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 30, 2018, 1:40 pm PDT at COMPANY: 5419 SUNSET BLVD 2ND FLOOR, LOS ANGELES, CA 90027 received by UPRIGHT CITIZENS TRAINING CENTER LA, LLC; UCB INNER SANCTUM , LLC; 5419 SUNSET PROPERTIES , LLC : SUSAN HALE.
SERVED MEGHAN PARKS, PERSON AUTHORIZED TO ACCEPT SERVICE