Carolyn D. Richmond
James M. Lemonedes
FOX ROTHSCHILD LLP
101 Park Avenue, Suite 1700
New York, New York 10178
(212) 878-7900
*Attorneys for Defendants Upright Citizens Brigade, LLC*
*Alex Sidtis, and Shannon Patricia O'Neill*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON GLASER,<br><br>                              Plaintiff,<br>-against-<br><br>UPRIGHTS CITIZENS BRIGADE, LLC, ALEX SIDTIS, and SHANNON PATRICIA O'NEILL,<br><br>                              Defendants. | **Case No.: 18-cv-971 (JPO)**<br><br>**ECF Case**<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the annexed declaration of James M. Lemonedes, Esq. of the law firm of Fox Rothschild LLP, dated August 1, 2018, the exhibits annexed thereto, and the accompanying Memorandum of Law in Support, Defendants Upright Citizens Brigade LLC, Alex Sidtis, and Shannon Patricia O'Neill (collectively, the "Defendants") move this Court before United States District Court Judge J. Paul Oetken at the United States Courthouse for the Southern District of New York located at 40 Foley Square, New York, New York, on Wednesday, August 1, 2018, for an Order and Judgment, pursuant to Rules 12 (b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the First Amended Complaint and Demand for Jury Trial dated June 28, 2018 in its entirety against Defendants and granting Defendants such other and further relief as the Court may deem just and proper.

Dated: New York, New York
      August 1, 2018

                                              **FOX ROTHSCHILD LLP**

                                              By: _____
                                                 Carolyn D. Richmond, Esq.
                                                 James M. Lemonedes, Esq.
                                                 Bryn Goodman, Esq.
                                                 101 Park Avenue, Suite 1700
                                                 New York, New York 10178
                                                 Phone: (212) 878-7900
                                                 Facsimile: (212) 692-0940
                                                 jlemonedes@foxrothschild.com
                                              *Attorneys for Defendants*