Carolyn D. Richmond
James M. Lemonedes
FOX ROTHSCHILD LLP
101 Park Avenue, Suite 1700
New York, New York 10178
(212) 878-7900
*Attorneys for Defendants Upright Citizens Brigade, LLC
Alex Sidtis, and Shannon Patricia O'Neill*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON GLASER,<br><br>                               Plaintiff,<br>     -against-<br><br>UPRIGHT CITIZENS BRIGADE, LLC, ALEX SIDTIS, and SHANNON PATRICIA O'NEILL,<br><br>                               Defendants. | Case No.: 18-cv-971 (JPO)<br><br>ECF Case |

## DECLARATION OF JAMES M. LEMONEDES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

**JAMES M. LEMONEDES, ESQ.**, declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner with the law firm Fox Rothschild LLP, attorneys for Defendants Upright Citizens Brigade LLC, Alex Sidtis, and Shannon Patricia O'Neill (collectively, the "Defendants"). I am familiar with the facts and circumstances set forth herein.

2. I respectfully submit this declaration to place before the Court certain documents cited in the Memorandum of Law in Support of Defendants' Motion to Dismiss, which is being submitted simultaneously herewith.

3. Attached as Exhibit "A" is a true and correct copy of the First Amended Complaint and Demand for Jury Trial and annexed exhibits, filed by the Plaintiff in this matter on June 28,

60801168

2018.

4. Attached as Exhibit "B" is a true and correct copy of the Initial Complaint and annexed exhibits, filed by the plaintiff in this matter on February 4, 2018.

5. Attached as Exhibit "C" is a true and correct copy of the Affidavit of Alex Sidtis dated May 23, 2018.

Dated: New York, New York
       August 1, 2018

_____
James M. Lemonedes

60801168