UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AARON GLASER,

                       Plaintiff,

          -v-

UPRIGHT CITIZENS BRIGADE LLC, ET AL.,

                       Defendant.

18-CV-971 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Plaintiff's motion for leave to file a Second Amended Complaint (Dkt. No. 60) is DENIED on the basis of undue delay and prejudice to Defendants in the delayed adjudication of their jurisdictional objections to Plaintiff's First Amended Complaint.  Plaintiff may attach any documents relevant to Defendants' jurisdictional objections to his First Amended Complaint as exhibits to his opposition to Defendants' currently pending motions to dismiss.

    The Clerk of Court is directed to close the motion at Docket Number 60.

    SO ORDERED.

Dated: September 24, 2018
        New York, New York

                                                     J. PAUL OETKEN
                                               United States District Judge