**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
AARON GLASER,

                              Plaintiff,

        -against-                          18 **CIVIL** 971 (JPO)

## JUDGMENT

UPRIGHT CITIZENS BRIGADE LLC, et al.,

                              Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2020, Defendants' motion to dismiss is granted; accordingly, this case is closed.

**Dated:** New York, New York
           March 31, 2020

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                         **Clerk of Court**
          **BY:**
                                                        _____
                                                         **Deputy Clerk**